THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:13-cr-00042-MR-DLH-9

UNITED STATES OF AMERICA, )
)
)
vs. ) <u>O R D E R</u>
)
)
GERALD WILLIAM LOCKLEAR. )
_____ )

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Document [Doc. 174].

For the reasons stated therein, and for cause shown, the Defendant's motion is granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal Document [Doc. 174] is **GRANTED**, and the Defendant's Motion to Continue [Doc. 166] shall remain under seal pending further Order of this Court.

**IT IS SO ORDERED.**

Signed: December 30, 2013

Martin Reidinger
United States District Judge