# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL CASE NO. 1:13-cr-00042-MR-DLH-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GERALD WILLIAM LOCKLEAR. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Seal Document [Doc. 184].

For the reasons stated in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Seal Document [Doc. 184] is **GRANTED**, and the Defendant's Motion to Continue [Doc. 183] shall remain under seal pending further Order of this Court.

**IT IS SO ORDERED.**

Signed: February 18, 2014

Dennis L. Howell
United States Magistrate Judge